## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**ZACHARY BINCH,**

      **Plaintiff,**

**v.**                                                        **Case No: 5:23-cv-9-MMH-PRL**

**EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX, INC.
and TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,**

      **Defendants.**

_____

### REPORT AND RECOMMENDATION[1]

On January 3, 2023, Plaintiff Zachary Binch, appearing *pro se*, filed this action against Defendants Experian Information Solutions, Inc.; Equifax, Inc.; and TransUnion Risk and Alternative Data Solutions. (Doc. 1). Plaintiff did not pay the filing fee or file a motion to proceed *in forma pauperis*. On January 27, 2023, the Court issued an order requiring that, on or before February 10, 2023, Plaintiff pay the filing fee in full or file a motion to proceed *in forma pauperis*. (Doc. 3). Plaintiff failed to comply with the deadline.

On March 6, 2023, the Court issued an order requiring Plaintiff to show cause on or before March 17, 2023, as to why his complaint should not be dismissed for a failure to prosecute under Local Rule 3.10. (Doc. 4); M.D. Fla. Local Rule 3.10. Plaintiff failed to comply with the deadline.

_____

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Accordingly, I recommend that Plaintiff's complaint (Doc. 1), be dismissed for a failure to prosecute.

Recommended in Ocala, Florida on March 24, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy